

**Mail body:**

**\*\*IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN\*\***

**\*\*Case No.** ~~[redacted]~~

**\*\*PLAINTIFF: Aaron Mohlman\*\***
**\*\*DEFENDANT: DTE Energy\*\***

Case: 2:26-cv-10197
Assigned To : Leitman, Matthew F.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 1/20/2026
Description: CMP MOHLMAN v.
DTE ENERGY (MC)

**\*\*COMPLAINT FOR INVERSE CONDEMNATION AND VIOLATIONS OF THE FOURTH AND FOURTEENTH AMENDMENTS\*\***

**\*\*INTRODUCTION\*\***

1. This is a civil action for damages arising from the unlawful actions of DTE Energy, a private utility company, which has violated the Plaintiff's constitutional rights under the Fourth and Fourteenth Amendments of the United States Constitution. The Plaintiff seeks to refile this case following the dismissal without prejudice by the Honorable Laurie J. Michaelson on January 14, 2026, for lack of subject matter jurisdiction.

**\*\*JURISDICTION AND VENUE\*\***

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331: 28 U.S.C. § 1332: as it involves federal questions arising under the Constitution of the United States. with exceeding the excessive amounts of $75,000 or complete diversity which in this case here it exceeds over $75,000 which plaintiff is suing for.

3. Venue is proper in this district under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in Wayne County, Michigan, and the Defendant conducts business in this district.

**\*\*PARTIES\*\***

4. Plaintiff, Aaron Mohlman, is a resident of, Wayne County, Michigan.

5. Defendant, DTE Energy, is a private utility company organized under the laws of the State of Michigan, with its principal place of business located at One Energy Plaza,Detroit, MI 48226

**\*\*FACTUAL BACKGROUND\*\***

6. On multiple occasions, DTE Energy has entered the Plaintiff's property without a warrant or proper legal authority, resulting in the unlawful disconnection of electrical services.

7. The Plaintiff has experienced significant hardships due to DTE Energy's actions, particularly during winter months when temperatures drop below freezing, creating a health risk.

8. DTE Energy's actions were based solely on monetary disputes regarding billing inaccuracies, which have been exacerbated by the use of artificial intelligence in their billing practices.

9. The Michigan Public Service Commission has documented numerous complaints against DTE Energy for overcharging customers and failing to adhere to consumer standards and billing practices.

10. The Attorney General of Michigan, Dana Nessel, has fined DTE Energy for its unlawful billing practices, which have led to wrongful disconnections of service.

11. The Plaintiff has a right to the peaceful enjoyment of their property, as guaranteed by the Fourteenth Amendment, and has been deprived of this right due to DTE Energy's unlawful actions.

**CLAIMS FOR RELIEF**

**Count I: Violation of the Fourth Amendment**

12. The Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

13. The Fourth Amendment protects individuals from unreasonable searches and seizures. DTE Energy's actions in entering the Plaintiff's property without a warrant constitute a violation of this constitutional right.

14. DTE Energy had no legal authority to disconnect the Plaintiff's electrical service without proper notice or a warrant, resulting in an unlawful seizure of the Plaintiff's property.

15. As a direct and proximate result of DTE Energy's unlawful actions, the Plaintiff has suffered damages, including but not limited to emotional distress, loss of property, and financial hardship.

**Count II: Violation of the Fourteenth Amendment**

16. The Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

17. The Fourteenth Amendment guarantees individuals the right to due process and the peaceful enjoyment of their property. DTE Energy's actions in unlawfully disconnecting the Plaintiff's electrical service without due process constitute a violation of this constitutional right.

18. The Plaintiff was not provided with adequate notice or an opportunity to contest the disconnection of service, resulting in a deprivation of property without due process of law.

19. As a direct and proximate result of DTE Energy's unlawful actions, the Plaintiff has suffered damages, including but not limited to emotional distress, loss of property, and financial hardship.

**Count III: Inverse Condemnation**

20. The Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

21. Inverse condemnation occurs when a governmental entity or its agent takes private property for public use without just compensation. Although DTE Energy is a private entity, its actions in unlawfully entering the Plaintiff's property and disconnecting service constitute a taking under the guise of public utility regulation.

22. The Plaintiff has been deprived of the use and enjoyment of their property without just compensation, resulting in damages.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court:

A. Reopen the case and allow the Plaintiff to amend the complaint to include the necessary legal grounds for subject matter jurisdiction;

B. Award compensatory damages to the Plaintiff for the emotional distress, financial hardship, and loss of property suffered as a result of DTE Energy's unlawful actions;

C. Grant punitive damages against DTE Energy for its willful and malicious conduct;

D. Award attorney's fees and costs incurred in bringing this action;

E. Grant any other relief that the Court deems just and proper.

**JURY DEMAND**

The Plaintiff hereby demands a trial by jury on all issues so triable.

**DATED:** 01/20/2026

**Respectfully submitted,**

Aaron  Mohlman
15507 Brookfield Livonia MI,48154
John.lozar@yahoo.com
In pro per
**CERTIFICATE OF SERVICE**

I hereby certify that on 01/20/2026 I served a copy of this Complaint for Inverse Condemnation and Violations of the Fourth and Fourteenth Amendments on the Defendant, DTE Energy, by  certified mail.
plaintiff in pro per

Yahoo Mail: Search, Organize, Conquer

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Aaron Mohlman

**(b)** County of Residence of First Listed Plaintiff  Wayne County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Py

## DEFENDANTS

Dte energy

County of Residence of First Listed Defendant  Detroit MI
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

440

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [X] 440 Other Civil Rights *(circled)*
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Complaint Constitutional Rights

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE
January 16, 2026

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____